IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BELLSOUTH TELECOMMUNICATIONS, LLC., d/b/a AT&T ALABAMA, *et al.*, | : : : : | |
| Plaintiffs, | : : | |
| vs. | : : | CIVIL ACTION NO. 1:19-cv-958-TFM-N |
| CITY OF DAPHNE, | : : : | |
| Defendant. | : | |

**<u>ORDER</u>**

Pending before the Court is the parties' *Joint Motion to Dismiss With Prejudice*. Doc. 20, filed July 27, 2020. The parties request, pursuant to Fed. R. Civ. P. 41(a)(2), the Court dismiss with prejudice Plaintiffs' complaint in this matter. *Id.* A request to dismiss an action requires a court order and dismissal by terms that the court considers "proper." FED. R. CIV. P. 41(a)(2).

In this case, the parties previously settled the matter and simply needed time to finalize the agreement to include approval from the City Council. *See* Docs. 16, 18. The Court infers from the joint motion that the settlement was finalized and approved as it is signed by the remaining parties in this matter.

As such, the motion (Doc. 20) is hereby **GRANTED**, and the claims in this case are **DISMISSED with prejudice** with each party to bear their own attorney's fees and costs.

The Clerk of Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this the 28th day of July 2020.

/ s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE